**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD MILLER,** | : | **CIVIL ACTION NO. 1:12-CV-00520** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **EUGENE BERDANIER**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 3rd day of July, 2012, upon consideration of plaintiff's motion for summary judgment (Doc. 29), which requests summary judgment be granted in his favor as to defendant Berdanier based on defendant Berdanier's failure to answer or otherwise respond to the complaint, and in light of defendant Berdanier's motion to dismiss or, in the alternative, for summary judgment, filed on June 20, 2012 (Doc. 22), IT IS HEREBY ORDERED THAT plaintiff's motion for summary judgment (Doc. 29) is dismissed as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge