# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD MILLER,** | : | CIVIL ACTION NO. 1:12-CV-00520 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **EUGENE BERDANIER**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of July, 2013, upon consideration of plaintiff's motion for leave to file a second amended complaint (Doc. 74), in which plaintiff seeks to add as defendants unnamed individuals working at SCI-Pittsburgh who have allegedly violated his civil rights since his arrival at that institution on January 30, 2013, and recognizing that the standing complaint alleges violations of plaintiff's civil rights by Schuylkill County Prison officials over a period of November 14, 2011 through July 3, 2012, while plaintiff was housed at that institution (see Doc. 56), and noting that the court has previously advised plaintiff that an amended complaint should be limited with respect to only those defendants and claims that arise out of the same transaction or occurrence or series of transactions or occurrences and that have questions of law or fact common to all defendants and claims, see Fed. R. Civ. P. 20(a), and that plaintiff should file separate actions as to any defendants and claims that do not share common legal and factual questions and that do not arise out of the same transactions or occurrences, (see Doc. 40), it is hereby ORDERED that plaintiff's motion for leave to file a second amended complaint (Doc. 74) is

DENIED, as plaintiff is seeking to impermissibly join defendants and claims that do not share common legal and factual questions and do not arise out of the same transaction or occurrence.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge